IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Case Nos. PWG-20-221 |
| | : | |
| RONALD KEARNEY | : | |
| | : | |
| Defendant | : | |

### DECLARATION OF ANDREW R. SZEKELY

I, Andrew R. Szekely, affirm under oath that the following is true to the best of my knowledge and belief:

1. I am an Assistant Federal Public Defender at the Office of the Federal Public Defender for the District of Maryland. I am counsel for Mr. Kearney.

2. Mr. Kearney has entered into a plea agreement with the government. The Court has scheduled a rearraignment for December 10, 2020.

3. Mr. Kearney is currently detained at the Chesapeake Detention Facility.

4. Mr. Kearney has told me that he wishes to proceed with his guilty plea via video conferencing.

5. I have discussed with Mr. Kearney the issue of waiving his physical presence in the courtroom. After being advised of his right to not have the guilty plea proceed without his physical presence in the courtroom, Mr. Kearney has informed me that he is willing to waive his presence in the courtroom.

Date: 11/13/20          Signature: _____

1